.UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARLON SCARBER,

       Plaintiff,

v.

ARAMBULA ET AL.,

       Defendants.
_____/

Case No. 11-12821

ARTHUR J. TARNOW
SENIOR U.S. DISTRICT JUDGE

MAGISTRATE JUDGE DAVID R. GRAND

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [14]

On January 27, 2012, Magistrate Judge Grand issued a Report and Recommendation [14] that Defendants' Motion for Summary Judgment [8] should be granted in part and denied in part. No objection was filed.

The Court has reviewed the record in this case.

The Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** and is entered as the findings and conclusions of the Court.

   Accordingly,

**IT IS ORDERED** that Defendants' Motion for Summary Judgment [8] is **GRANTED IN PART** and **DENIED IN PART**.

**SO ORDERED**.

s/Arthur J. Tarnow
ARTHUR J. TARNOW
SENIOR UNITED STATES DISTRICT JUDGE

Dated: February 21, 2012

---

### CERTIFICATE OF SERVICE

I hereby certify on February 21, 2012 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants on February 21, 2012: **None.**

s/Michael E. Lang
Deputy Clerk to
District Judge Arthur J. Tarnow
(313) 234-5182